IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
CLAYTON DIVISION

| | |
|---|---|
| PATRICIA R. KELLEY, | |
| Plaintiff, | CV-04-72 |
| v. | |
| OCWEN FEDERAL BANK FSB; *et al.*, | |
| Defendants. | |

2:05CV458-F

## NOTICE OF FILING OF NOTICE OF REMOVAL

Notice is hereby given that the above-styled action has been removed to the United States District Court for the Middle District of Alabama, Northern Division. A copy of the Notice of Removal to the said Court is appended hereto.

Dated: May 17, 2005

Respectfully submitted,

Benjamin M. Moncrief /by JEG
Benjamin M. Moncrief (MON059)
bmoncrief@bradleyarant.com
One of the Attorneys for Defendant
Ocwen Federal Bank, FSB

OF COUNSEL

John E. Goodman (GOO017)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800



EXHIBIT H

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon:

    R. Cooper Shattuck
    Jane L. Calamusa
    Rosen, Cook, Sledge, Davis, Shattuck & Oldshue, P.A.
    2117 Jack Warner Parkway
    Post Office Box 2727
    Tuscaloosa, Alabama 35403

    John N. Bolus
    Maynard, Cooper & Gale, P.C.
    1901 Sixth Avenue North, Suite 2400
    Birmingham, Alabama 35203

by United States mail, first class and postage prepaid, on this 17th day of May, 2005

                                          /s/ John E. Hooden
                                          OF COUNSEL

2