RECEIVED

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

2005 MAY 17 P 3: 53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PATRICIA R. KELLEY,

Plaintiff,

v.

OCWEN FEDERAL BANK FSB; *et al.*,

Defendants.

No. 2:05cv458-F

## NOTICE OF CITIZENSHIP AND CONSENT TO REMOVAL

COMES NOW Defendant Moss, Codilis, Stawiarski, Morris, Schneider & Prior, L.L.P. ("Moss Codilis") and, by and through undersigned counsel, hereby expressly consents to the removal of this action by defendant Ocwen Federal Bank FSB to this Court from the Circuit Court of Barbour County, Alabama.

1.    Moss Codilis respectfully notifies the Court that it is a limited liability partnership organized under the laws of Colorado. The partners in Moss Codilis are lawyers and law firms organized under the laws of the various states as set forth in paragraphs 2 through 6 below (the "LLP Partners"). As explained in detail below, Moss Codilis is not a citizen of the state of Alabama.

2.    Gerald R. Moss is a partner in the LLP. He is a citizen of the state of California.

3.    Codilis & Stawiarski, P.C. ("Codilis") is a partner in the LLP. Codilis is a professional corporation organized under the laws of Colorado with its principal place of business at 6560 Greenwood Plaza Blvd., Suite 525, Englewood, CO 80111. Codilis is a citizen of the state of Colorado.

4.     Morris, Schneider & Prior, LLC ("Morris") is a partner in the LLP.  Morris is a limited liability corporation organized under the laws of Georgia with its principal place of business at 2781 Windy Ridge Parkway, Atlanta, GA 30339. The members of Morris are Arthur J. Morris, Randall Schneider and Thomas E. Prior, each of whom is a citizen of the state of Georgia.

5.     Fein, Such, Kahn & Shepard P.C. ("Fein") is a partner in the LLP.  Fein is a professional corporation organized under the laws of New Jersey with its principal place of business at 7 Century Drive, Suite 201, Parsippany, NJ 07054.  Fein is a citizen of the state of New Jersey.

6.     Weltman, Weinberg & Reis Co., L.P.A. ("Weltman") is a partner in the LLP. Weltman is a legal professional association organized under the laws of Ohio with offices in Ohio, Pennsylvania, and Michigan.   The partners of Weltman are: Theresa A. Fortuna, Terrence R. Heffernan, Alan C. Hochheiser, Donald A. Mausar, Charles G. Pona, Allen J. Reis, Larry R. Rothenberg, Robert W. Rutkowski, Stephen A. Santangelo, Rosemary Taft-Milby, Frank J. Veneziano, Alan H. Weinberg, Robert B. Weltman, and Scott S. Weltman, each of whom is a citizen of the state of Ohio; John S. Pucin, a citizen of the state of Illinois; Daniel E. Best, a citizen of Michigan; and James P. Valecko, a citizen of the state of Pennsylvania.

7.     The LLP Partners listed above represent all of the partners in the LLP.  Moss Codilis is not incorporated or otherwise organized under the laws of Alabama, and no partner in Moss Codilis is a citizen of Alabama.

Dated: _5/17/05_                    Respectfully submitted,


                                    _____
                                    John N. Bolus
                                    *Counsel for Defendant*
                                    *Moss, Codilis, Stawiarski, Morris,*
                                    *Schneider & Prior, L.L.P.*

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
(205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on the undersigned

attorneys via U.S. Mail, first class postage prepaid and properly addressed, all on this the

17th day of May, 2005:


    R. Cooper Shattuck
    Jane L. Calamusa
    ROSEN, COOK, SLEDGE, DAVIS,
       CADE & SHATTUCK, P.A.
    2117 Jack Warner Parkway
    Tuscaloosa, Alabama 35401

    John E. Goodman
    BRADLEY, ARANT, ROSE & WHITE
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, Alabama 35203


OF COUNSEL