UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA R. KELLEY, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) |
| OCWEN FEDERAL BANK, FSB; MOSS, CODILIS, STAWIARSKI, MORRIS, SCHNEIDER & PRIOR, L.L.P., | ) CIVIL ACTION NUMBER: ) 2:05CV458-F ) ) |
|     Defendants. | ) ) ) ) |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT OCWEN FEDERAL BANK, FSB**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Ocwen Federal Bank, FSB, states as follows:

> Defendant Ocwen Federal Bank, FSB is a federally chartered savings association 100 percent of whose stock is held by Ocwen Financial Corporation.

This the 17th day of May, 2005.

Respectfully submitted,

_____
John E. Goodman
Benjamin M. Moncrief
COUNSEL FOR DEFENDANT
OCWEN FEDERAL BANK, FSB

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA R. KELLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| OCWEN FEDERAL BANK, FSB; MOSS, CODILIS, STAWIARSKI, MORRIS, SCHNEIDER & PRIOR, L.L.P., | ) ) ) )  CIVIL ACTION NUMBER: _____ |
| Defendants. | ) ) ) ) |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT OCWEN FEDERAL BANK, FSB

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Ocwen Federal Bank, FSB, states as follows:

> Defendant Ocwen Federal Bank, FSB is a federally chartered savings association 100 percent of whose stock is held by Ocwen Financial Corporation.

This the 17th day of May, 2005.

Respectfully submitted,

_____
John E. Goodman
Benjamin M. Moncrief
COUNSEL FOR DEFENDANT
OCWEN FEDERAL BANK, FSB

<u>OF COUNSEL</u>

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the above and foregoing on:

R. Cooper Shattuck
Rosen, Cook, Sledge, Davis, Cade & Shattuck, P.A.
2117 Jack Warner Parkway
Tuscaloosa, AL 35401
Attorney for Plaintiffs

John N. Bolus
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
Birmingham, AL 35203-2318
Attorney for Defendant Moss, Codilis,
Stawiarski, Morris, Schneider & Prior, LLP

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this 17th day of May, 2005.

_____
OF COUNSEL