**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 26, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Kelley    vs.  Ocwen Federal Bank, FSB et al**
**Case Number: 2:05cv458 F**

**Referenced Docket Entry -   Corporate Disclosure Statement - Doc.[4]**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.**