# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| PATRICIA R. KELLEY, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 2:05-CV-00458-MEF-SRW |
| | § | |
| OCWEN FEDERAL BANK, FSB, | § | |
| et al., | § | |
| | § | |
| DEFENDANTS. | § | |

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

### AFFIDAVIT OF PATRICIA R. KELLEY

Before me, the undersigned, a notary in and for the State of Alabama at large, personally appeared Patricia R. Kelley, who is known to me and who being by me first duly sworn on oath, deposes and says as follows:

    1.    My name is Patricia R. Kelley, and I am over the age of 19 and reside in Eufaula, Alabama.

    2.    I am the Plaintiff in the civil action entitled *Patricia R. Kelley v. Ocwen Federal Bank, F.S.B., et al*, currently removed to the United States District Court for the Middle District of Alabama, Northern Division.

    3.    The claims by me set forth in my Complaint do not involve damages in excess of $75,000.00. I understand that by the making of this Affidavit, I am affirmatively stipulating that I will not seek, request or accept any judgment or award in



EXHIBIT
1

excess of $75,000.00.  Should I receive a jury verdict or award in excess of $75,000.00,  I will remit and release any amount above $75,000.00, if my case is remanded to State Court.

Further affiant saith not.

Patricia R. Kelley

SWORN TO and SUBSCRIBED before me on this the 25th day of May 2005.

NOTARY PUBLIC

My Commission Expires: 02/08/09