IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PATRICIA R. KELLEY, | § |
| PLAINTIFF, | § § § |
| VS. | § CIVIL ACTION NO. 2:05-CV-00458-MEF-SRW |
| OCWEN FEDERAL BANK, FSB, et al., | § § § § |
| DEFENDANTS. | § |

## NOTICE OF APPEARANCE

COMES NOW Rhon E. Jones and Scarlette M. Tuley of the firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and enters their appearance as additional counsel of record for the plaintiff, Patricia R. Kelley.

_____
RHON E. JONES (JONE7747)

_____
SCARLETTE M. TULEY (TULE4517)

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

R. Cooper Shattuck
Ms. Jane L. Calamusa
ROSEN, COOK, SLEDGE, DAVIS,
SHATTUCK & OLDSHUE, P.A.
2117 Jack Warner Parkway (35401)
Post Office Box 2727
Tuscaloosa, Alabama 35403
(205) 344-5000 telephone
(205) 758-8358 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 26th day of May, 2005.

_____
OF COUNSEL

John E. Goodman, Esq.
Benjamin M. Moncrief, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Harold J. Engel, Esq.
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005

Robert A. Nicholas, Esq.
Louis W. Schack, Esq.
2500 One Liberty Place
160 Market Street
Philadelphia, PA 19103

Brian P. Brooks
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006-4001

John N. Bolus, Esq.
Maynard, Cooper & Gale, P.C.
AmSouth/Harbert Plaza, Suite 2400
1901 – 6th Avenue North
Birmingham, Alabama  35202-2618