

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1625 Eye Street, NW | NEWPORT BEACH |
| BRUSSELS | Washington, D.C. 20006-4001 | NEW YORK |
| CENTURY CITY | | SAN FRANCISCO |
| HONG KONG | TELEPHONE (202) 383-5300 | SHANGHAI |
| IRVINE | FACSIMILE (202) 383-5414 | SILICON VALLEY |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | |

RECEIVED CLERK'S OFFICE
2005 MAY 25  P 2:09
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

May 25, 2005

OUR FILE NUMBER
632360-13

WRITER'S DIRECT DIAL
202-383-5127

**BY HAND DELIVERY**
Mr. Michael Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
One Columbus Circle, N.E.
Washington, D.C. 20002

WRITER'S E-MAIL ADDRESS
bbrooks@omm.com

Re: *In re Ocwen Federal Bank FSB Mortgage Servicing Litigation*
Docket No. 1604
*Notice of Related Action*

Dear Mr. Beck:

Attached are copies of the complaint and notice of removal in the following tag-along action:

- *Patricia R. Kelley v. Ocwen Federal Bank FSB, et al.*, No 2:05cv458-F, filed in the Circuit Court of the State of Alabama for Barbour County and removed to the United States District Court for the Middle District of Alabama, Northern Division.

The above-listed action relates to the actions consolidated in *In re Ocwen Federal Bank FSB Mortgage Servicing Litigation*, MDL No. 1604. Ocwen first notified the Panel of this action on October 6, 2004. The Panel issued an order conditionally transferring this action on October 22, 2004. This action was subsequently remanded to state court. Based on recent representations by plaintiff regarding the amount in controversy in this case, Ocwen has removed this case to federal court again. Accordingly, pursuant to R.P.J.P.M.L. 7.5(e), Ocwen notifies the Panel that this action is pending in federal court and should be transferred as part of MDL No. 1604 to the Northern District of Illinois.

The action relates to the actions consolidated in MDL No. 1604 in two important respects. *First*, the core substantive allegations in the complaint – that Ocwen allegedly failed to

**EXHIBIT B**

O'MELVENY & MYERS LLP

Mr. Michael Beck, May 25, 2005 - Page 2

post mortgage payments on time (Compl. Count Three), that it allegedly made misrepresentations relating to mortgage servicing fees and other charges (Compl. Counts Two, Four and Eight), that it allegedly concealed information relating to payments and fees (Compl. Counts One and Four), and that it allegedly breached plaintiffs' mortgage contracts (Compl. Count Five) – are identical to the practices alleged in most of the actions previously transferred by the Panel. *Second*, the plaintiff in this action is encompassed within the putative classes proposed for certification in other actions previously transferred by the Panel as part of MDL No. 1604. While this action is not a putative class action, the Panel has already transferred a number of individual actions to MDL No. 1604 and has frequently transferred individual actions to multidistrict proceedings where the factual allegations in such actions make clear that discovery is likely to overlap with discovery in class actions that are included in the proceeding. *See, e.g., In re Conseco Life Ins. Co. Cost of Ins. Litig.*, 2004 U.S. Dist. LEXIS 12139 (J.P.M.L. June 23, 2004); *In re Fine Host Corp. Secs. Litig.*, 1998 U.S. Dist. LEXIS 12332 (J.P.M.L. Aug. 7, 1998).

While Ocwen denies the allegations in the above-listed action and the other actions previously transferred, it nonetheless is clear that the legal and factual allegations in the above-listed action are sufficiently similar to those asserted in the actions previously identified to the Panel to warrant transfer for consolidated pretrial proceedings.

If you have any questions, please do not hesitate to call me at the above telephone number.

Very truly yours,

Brian P. Brooks
*Counsel for Defendants*
*Ocwen Financial Corporation*
*Ocwen Federal Bank FSB*
*Ocwen Financial Services, Inc.*

cc:    MDL 1604 Lead Counsel (with Exhibits)
       MDL 1604 Liaison Counsel (with Exhibits)
       R. Cooper Shattuck, Esq. (with Exhibits)
       Jane L. Calamusa, Esq. (with Exhibits)
       All Defense Counsel in the above-entitled action (with Exhibits)
       All MDL 1604 Counsel of Record (without Exhibits)