## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 1, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Patricia R. Kelley   vs.  Ocwen Federal Bank, FSB, et al
Civil Action No.  2:05-cv-458(F)

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now 2:05-cv-458(T).  This new case number should be used on all future correspondence and pleadings in this action.