IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **PATRICIA R. KELLEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | )    2:05cv458-T |
| | ) |
| **OCWEN FEDERAL BANK,** | ) |
| **FSB, and MOSS, CODILIS,** | ) |
| **STAWIARSKI, MORRIS,** | ) |
| **SCHNEIDER & PRIOR, L.L.P.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It is ORDERED that plaintiff's motion to remand (Doc. No. 6) and defendant Ocwen Federal Bank, FSB's motion to stay (Doc. No. 8) are set for submission, without oral argument, on June 17, 2005, with all briefs due by said date.

DONE, this the 3rd day of June, 2005.

        /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**