IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA R. KELLEY, § | |
| § | |
| PLAINTIFFS, § | |
| § | |
| VS. § | CIVIL ACTION NO. CV |
| § | 2:05-CV-00458-MEF-SRW |
| OCWEN FEDERAL BANK, FSB, § | |
| et al., § | |
| § | |
| DEFENDANTS. § | |

**NOTICE OF FILING AMENDED AFFIDAVIT OF PATRICIA KELLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND**

COMES NOW the Plaintiff, Patricia R. Kelley, and files this First Amended Affidavit in support of Plaintiff's Motion for Remand.

/s/ Scarlette M. Tuley
Scarlette M. Tuley (TULE4517)
Counsel for Plaintiff

OF COUNSEL:

Rhon E. Jones
**BEASLEY, ALLEN, CROW,
METVIN, PORTIS, & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555


Jane L. Calamusa
R. Cooper Shattuck
**ROSEN, COOK, SLEDGE, DAVIS,
SHATTUCK & OLDSHUE, P.A.**
2117 Jack Warner Parkway (35401)
Post Office Box 2727

Tuscaloosa, Alabama 35403
Telephone: (205) 344-5000
Facsimile: (205) 758-8358

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2005, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedures, and/or the Middle District's Local Rules, and/or the Middle District's Rules on Electronic Service upon the following parties and participants:

John E. Goodman
Benjamin M. Moncrief
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000
Attorneys for Defendants

John N. Bolus
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2618
(205) 254-1000
Attorneys for Defendants

    /s/ Scarlette M. Tuley
Scarlette M. Tuley
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343