IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA R. KELLEY,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB; *et al.*,<br><br>Defendants. | Case No: 2:05-cv-0458-MHT-SRW |

**DEFENDANT OCWEN'S RESPONSE TO
PLAINTIFFS' AMENDED AFFIDAVIT OF PATRICIA KELLEY**

Ocwen Federal Bank FSB ("Ocwen") respectfully submits this response to the Plaintiff's Amended Affidavit of Patricia Kelley filed with the Court on June 16, 2005 ("Plaintiff's Affidavit"). Ocwen maintains that, at the time of removal, this case was within this Court's diversity jurisdiction. Assuming, however, that Plaintiff's Affidavit is understood to constitute a binding waiver of any recovery in this case—including compensatory damages, punitive damages, equitable monetary relief, and attorneys' fees—that exceeds $75,000 in the aggregate, Ocwen acknowledges plaintiffs' right to waive claims and damages that would otherwise be available to them and will enforce that binding commitment under the principles of judicial estoppel. And, in light of Plaintiff's binding commitment to limit her recovery in this case, Ocwen does not oppose Plaintiff's pending Motion to Remand.

Dated: June 17, 2005.

                Respectfully submitted,

                _s/ Benjamin M. Moncrief_____
                Benjamin M. Moncrief (MON059)
                bmoncrief@bradleyarant.com
                One of the Attorneys for Defendant
                Ocwen Federal Bank, FSB

OF COUNSEL

John E. Goodman (GOO017)
**Bradley Arant Rose & White LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

R. Cooper Shattuck
Jane L. Calamusa
Rosen, Cook, Sledge, Davis, Shattuck & Oldshue, P.A.
2117 Jack Warner Parkway
Post Office Box 2727
Tuscaloosa, Alabama 35403

Rhon E. Jones
Scarlette M. Tuley
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160

John N. Bolus
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203

                                         s/ Benjamin M. Moncrief
                                         OF COUNSEL

1/1344713.1