## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Kelley   vs.   Ocwen Federal Bank, FSB et al

Case Number: 2:05cv458-T

Referenced Docket Entry - Response, etc.   - Doc. # 13.

The referenced docket entry was filed with an error on ***June 17, 2005***
in this case.  This resulted in an error on the docket sheet because this document was e-noticed as a motion to remand but should have been filed as a response.  Please disregard and see doc. #14 for correction.

.