IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PATRICIA R. KELLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
|     v. | )   2:05cv458-T |
| | ) |
| OCWEN FEDERAL BANK, | ) |
| FSB, and MOSS, CODILIS, | ) |
| STAWIARSKI, MORRIS, | ) |
| SCHNEIDER & PRIOR, L.L.P., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Based upon defendant Ocwen Federal Bank, FSB's response (Doc. No. 14), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Patricia R. Kelley's motion to remand (Doc. No. 6) is granted.

(2) Defendant Ocwen Federal Bank, FSB's motion to stay (Doc. No. 8) is denied.

(3) This cause is remanded to the Circuit Court of Barbour County, Alabama.

**(4) All other pending motions are left for resolution by the state court after remand.**

**The clerk of the court is DIRECTED to take appropriate steps to effect the remand.**

**DONE, this the 22nd day of June, 2005.**

                                                      /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**